UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUKUNDA MUHAMMAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAMDEN CITY MUNICIPAL COURT,<br><br>　　　　　Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 21-12011 (KMW-AMD)<br><br>**ORDER** |

THIS MATTER having come before the Court on Defendant's Motion to Dismiss [ECF No. 12]; and Plaintiff's Motion for Default and Summary Judgment [ECF No. 17]; and the Court having considered the submissions of the parties; and for the reasons explained in the accompanying Opinion of even date; and for good cause shown;

IT IS this **29th** day of **August, 2022,** hereby

**ORDERED** that Defendant's Motion to Dismiss [ECF No. 12] is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motion for Default and Summary Judgment is **DISMISSED AS MOOT**. The Clerk of the Court shall close this case.

　　　　　　　　　　　　　　　　　　　　　KAREN M. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　United States District Judge